AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

JESUS RIVERA JR.

Defendant(s)

Case No. 8:19-MJ-2604-T-AAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2019-December 2019  in the county of  Hillsborough  in the
Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), 2252(a)(4)(B) | Production of child pornography and possession of child pornography. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Towe, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: December 18, 2019

_____
Judge's signature

City and state:  Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Steven Towe, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for over ten years. I am currently assigned to HSI, Special Agent in Charge (SAC), Tampa, Florida. I am assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of title 18, United States code, Section 2251, which criminalizes the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice, and coerce a person who had not yet attained the age of 18 to engage in sexual activity for which a person can be charged with a criminal offense. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. This Affidavit is submitted in support of an application for an arrest warrant for Jesus Rivera Jr. (RIVERA). This affidavit does not set forth every fact resulting from the investigation; rather it sets forth facts sufficient to establish probable cause that RIVERA committed violations of 18 U.S.C. §§ 2251(a) (production of child pornography), and 2252(a)(4)(B) (possession of child

1

pornography). As discussed further below. RIVERA used a computing device to connect to the internet to communicate with minors and to produce child pornography. I am requesting that the Court issue an arrest warrant for RIVERA based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal, local, and foreign law-enforcement in reference to this investigation.

## STATUTORY AUTHORITY

3.  As noted above, this investigation concerns alleged violations of the following:

   a.  18 U.S.C. § 2251(a) prohibits any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been

mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

      b.    18 U.S.C. § 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## PROBABLE CAUSE

### V1's Statements

4.    On or about October 24, 2019, a 14 year old female (V1), along with her mother and grandmother, responded to the Nesquehoning, Pennsylvania Police Department (NPD) headquarters to report that V1 had been a victim of a cybercrime. V1 stated that in or around September 2019, she met someone named

3

"Sarah" on Kik. V1 stated she told Sarah she was 14 years old[1], and Sarah stated she was 16 years old and residing in Florida. According to V1, Sarah also stated that she wanted to meet V1 in person.

5.  V1 stated that after approximately a week of communicating on Kik, Sarah requested pictures and videos of V1 and V1's three year old sister (V2) that were sexual in nature. According to V1, Sarah further requested that they use the application Wickr to exchange images and videos. Sarah's usernames on Kik were "sweetsarah72111" and "sweetsarah7221." During the exchanges between Sarah and V1, Sarah coerced V1 to produce pornographic photos and videos of both V1 and V2. Some of the messages between V1 and Sarah include but are not limited to the following:[2]

- V1: What do you want [V2] to do

- Sarah: I want her to masturbate

- V1: On video or picture

- Sarah: Vid

- V1: *[sent video of three year old sister laying down touching her own vagina]*

- Sarah: Can you show her how to do it?

- V1: Do you want me to teach on a video

---

[1] V1 was in fact approximately 14 years old at the time of the communications.
[2] The messages included in this affidavit were recovered from V1's phone.

4

- Sarah: Yes Baby send multiple vids because I know you can't do it in one

- Sarah: Can you kiss her

- V1: Lips??

- Sarah: Both sets?

- V1: I can try other set

- V1: vid or pic

- Sarah: Vid

- V1: *[sent video of victim kissing three year old sister's vagina]*

- Sarah: This time can you lick her instead if kiss

- V1: Lick??

- V1: I thought kissing was the farthest I go with her

- Sarah: Not licking inside just licking her lips

- Sarah: If that's too much can you put your nipple on her lips

- V1: She wouldn't do the nipple so I licked her

- V1: *[sent video of victim licking three year old sister's vagina]*

- Sarah: How did she taste?

V1 stated she sent two videos and several pictures of V1 and V2 to Sarah, at Sarah's request. V1 stated Sarah sent approximately three naked pictures of herself but none of them included Sarah's face.

5

6. Law enforcement agents have viewed the aforementioned messages in Kik and confirmed that the images sent from V1 to Sarah are of V1 and V2 engaged in sexual acts and/or poses.

7. V1 stated that when she attempted to stop communicating with Sarah, Sarah asked V1 to communicate with Sarah's neighbor, "Jesus." V1 agreed and provided her phone number to Sarah. V1 then subsequently received a text message from Jesus on or about September 10, 2019. Jesus stated he was Sarah's neighbor in Florida. The phone number Jesus texted from was 813-xxx-1190. The communication between V1 and Jesus included, but was not limited to the following:

- Jesus: Did [Sarah] tell you that she rubs herself at least three times a day
- V1: No
- Jesus: Yeah she does
- Jesus: Do you care if I ask if you do or not
- V1: I don't care ask me anything
- Jesus: How many times a day do you?
- V1: 2

8. On or about October 25, 2019, law enforcements agent met again with V1 at the NPD. V1 stated she previously forgot to mention that Sarah sent two pictures of Jesus' penis to V1's phone.

6

9. During this second meeting with V1, law enforcement agents received consent from V1's grandmother to search V1's cell phone, which was the device used to communicate with Sarah and Jesus. At the same time, law enforcement also received consent to take assume V1's identity on her Kik account.

### Identification of Sarah and Jesus

10. On or about October 24, 2019, law enforcement sent an Emergency Disclosure Request with a summons and preservation letter to Kik for Sarah's account information. Kik subsequently provided IP address login information which included IP address 47.206.129.228. This IP address resolved to Frontier Communications, and geo-located to Seffner, Florida.

11. Law enforcement then served an administrative subpoena to Frontier Communications for subscriber information pertaining to IP address 47.206.129.228, for multiple dates and times which corresponded with communications between Sarah and V1. Frontier Communications provided the following information, in part:

> IP Address: 47.206.129.228
> Customer Name: Bit and Bytes Tech Repair
> Account Address: 2204 Elise Marie Drive, Seffner, FL 33584
> Billing Address: Same
> Email Address: bitsbytestech@frontier.com
> Billing Telephone: 813-xxx-9576

12. Law enforcement also conducted an online records search for the phone number used by Jesus to text V1, 813-xxx-1190. The carrier for the phone number

7

was Google/Bandwidth. Pursuant to an administrative subpoena, Google provided the following information, in part:

> Email Address: jr021893@gmail.com
> First Name: Jesus
> Last Name: Rivera
> Voice Number: 813xxx1190
> Name: Jesus Rivera
> Services: Android
> E-mail: jr021893@gmail.com
> Recovery Email: j.rivera@bitsandbytestechrepair.com
> SMS: +1813xxx0054

13. Google's response also included IP addresses associated with the account. The most frequently used IP address was 47.206.129.228, which was also the most used IP address in the Kik messages between V1 and Sarah.

14. Additional investigation into the phone number 813-xxx-1190 revealed that it was associated with a business called "Bits and Bytes Technology Repair LLC." The State of Florida, Division of Corporations lists the principal address for Bits and Bytes Technology Repair LLC as of March 29, 2019, as 2204 Elise Marie Drive, Seffner, Florida 33584. The authorized person detailed in the filing with the Division of Corporations is Jesus M. Rivera, Jr. (RIVERA).

15. Law enforcement conducted a query of the State of Florida, Driver and Vehicle Information Database (DAVID) for the Seffner, Florida address and identified the following persons that have the address registered to them:

> RIVERA
> Born, 02/18/1993

8

FLDL# R160-433-93-058-0
SSAN XXX-XX-0711

J.R.T.
Born, 01/18/1969
FLDL# R163-433-69-018-0
SSAN XXX-XX-0220

Based on the aforementioned information, I concluded that RIVERA is both Sarah and Jesus. I also concluded RIVERA lives and works at the Seffner, Florida address.

### RIVERA's Ongoing Attempts to Contact V1

16.  As previously stated above, in or around October 2019, law enforcement obtained consent to assume V1's Kik identity. Since that time, law enforcement has monitored V1's Kik account.

17.  As recently as on or about December 9, 2019, Sarah has attempted to contact V1, which I believe is RIVERA. Law enforcement responded to RIVERA, pretending to be V1. The following is a portion of that communication:

- RIVERA: I imagined you walking in and licking my pussy then getting on the bed and rub our pussies together

- V1: That sounds like a good dream

- RIVERA: I want to see your pussy baby

- RIVERA: Babe

- V1: Sorry I haven't been feeling well at all

- RIVERA: Oh okay

9

### RIVERA's Previous Contact with Law Enforcement

18. In or around December 2017, law enforcement began a separate investigation into RIVERA and his possible possession of child pornography.

19. As part of that investigation, law enforcement made contact with RIVERA at his residence in or around January 2019. At the time, RIVERA denied possessing child pornography and stated his belief that a previous roommate at the residence was the likely target.

20. RIVERA also stated to law enforcement the internet at the residence was registered to his business, "Bits and Bytes" and that RIVERA was the account holder. RIVERA further stated that he operates a computer repair business from his residence and that he has multiple computers, including a server inside his residence.

21. No criminal charges resulted from this previous investigation.

### Search Warrant Execution

22. On or about December 18, 2019, law enforcement executed a search warrant at 2204 Elise Marie Drive, Seffner, Florida 33584. Multiple electronic devices were seized, including a Dell laptop, located on RIVERA's bed.

23. A forensic preview was conducted. On the device, law enforcement recovered approximately 200 images and 100 videos depicting child pornography. Two of the images are described as:

- An unclothed minor female, approximately eight to 10 years old, with a dog collar around her neck, her feet bound in leather straps

10

and elevated about her head. The minor female's vagina is visible in the image, and displayed in a lewd or lascivious manner.

- A unclothed minor female, approximately 10 to 12 years old, being vaginally penetrated by an adult female with a device attached to the adult female's waist.

24. RIVERA was interviewed and made several admissions, to include the following:

- RIVERA acknowledged creation, control, and use of the Kik account with username sweetsarah72111. RIVERA further acknowledged that he used this Kik account to have sexual conversations with various minors online, between the ages of 14 and 16. RIVERA also admitted that during these conversations, he requested and received images and videos depicting child pornography from minors.

- RIVERA reviewed a portion of the communications between RIVERA and V1. RIVERA acknowledged that he in fact participated in the communications as sweetsarah7211.

11

## CONCLUSION

30. Based on the foregoing, probable cause exists to charge RIVERA with production of child pornography and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252(a)(4)(B).

_____
Steven Towe, Special Agent
Homeland Security Investigations

Sworn and subscribed before me
this __18__ day of December, 2019.

_____
AMANDA A. SANSONE
United States Magistrate Judge